JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DALE RASMUSSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT INC.; HOME DEPOT USA, INC.; THE SCOTTS COMPANY, LLC; and DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:20-CV-01097 SVW - KS<br><br>Assigned to United States District Judge Hon. Stephen V. Wilson, Courtroom 10A;<br>(Complaint filed on December 23, 2019)<br><br>**ORDER FOR REMAND** |

Based upon the Stipulation of the parties and good cause appearing,

It is hereby ORDERED, that this matter is REMANDED forthwith to the Superior Court of the State of California, County of Los Angles, where it was originally filed as case number 19SRTCV46169.

DATED: August 7, 2020

By: _____
HON. STEPHEN V. WILSON
UNITED STATES JUDGE